UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------- X

SEAN HILL,

          Plaintiff,

-against-

THE CITY OF NEW YORK and DETECTIVE GREGORY BARRETT,

          Defendants.

----------------------------------- X

03 CV 1283 (ARR)(KAM)

<u>NOT FOR ELECTRONIC OR PRINT PUBLICATION</u>

<u>ORDER</u>

ROSS, United States District Judge:

The court has reviewed the parties' pre-motion letters concerning the defendants' proposed motions for summary judgment and grants permission to bring the motions.

The court directs that the motions shall be briefed as follows: defendants' motions and supporting papers shall be served no later than July 29, 2005; plaintiff's opposition papers shall be served no later than August 12, 2005; defendant's reply papers, if any, shall be served no later than August 26, 2005. The fully-briefed motion shall be filed in accordance with chambers' rules, including courtesy copies for chambers, no later than August 26, 2005. This schedule may be altered only with the permission of the court.

SO ORDERED.

                                                Allyne R. Ross
                                                United States District Judge

Dated: June 29, 2005
       Brooklyn, New York

SERVICE LIST:

    *Council for Plaintiffs*:
    Rene Myatt
    204-04 Hillside Avenue
    Second Floor
    Hollis, New York 11423

    *Council for Defendant City of New York*:
    Hillary A. Frommer
    Corporation Counsel for the City of New York
    100 Church Street
    New York, NY 10007

    *Council for Defendant Gregory Barrett*
    James M. Moschella
    Karasyk & Moschella, LLP
    225 Broadway
    32nd Floor
    New York, NY 10007

cc:     Magistrate Judge Kiyo A. Matsumoto