UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SEAN HILL,

                Plaintiff,

-against-

THE CITY OF NEW YORK, DETECTIVE GREGORY
BARRETT, individually and in his official capacity as a
New York City Police Officer, and POLICE OFFICER
JOHN DOES, individually and in their official capacities as
New York City Police Officers, the identity and number
of whom are presently unknown,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
03-CV-1283 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 30, 2005, granting in part and denying in part defendants' motions for summary judgment; denying defendant Gregory Barrett's motion for summary judgment for plaintiff's excessive force and conspiracy claims under § 1983; granting summary judgment on the failure to intercede, intentional infliction of emotional distress, and prima facie tort claims; denying defendant New York City's motion for summary judgment for plaintiff's respondent superior claim; and granting summary judgment on plaintiff's § 1983 and negligent supervision and training claims against the city; it is

JUDGMENT
03-CV- 1283 (ARR)

ORDERED and ADJUDGED that defendants' motions for summary judgment is granted in part and denied in part; that defendant Gregory Barrett's motion for summary judgment for plaintiff's excessive force and conspiracy claims under § 1983 are denied; that summary judgment on the failure to intercede, intentional infliction of emotional distress, and prima facie tort claims are granted; that defendant New York City's motion for summary judgment for plaintiff's respondent superior claim is denied; and that summary judgment is granted on plaintiff's § 1983 and negligent supervision and training claims against the city.

Dated: Brooklyn, New York
February 09, 2006

ROBERT C. HEINEMANN
Clerk of Court